IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JULIAN J. ALEXANDER,**<br><br>                                   Plaintiff,<br><br>   v.<br><br>**MUNGUIA, et al.,**<br><br>                                   Defendants. | 2:21-cv-01390 KJM CKD<br><br>**(PROPOSED)** **ORDER**<br><br><br>Judge:         The Hon. Carolyn K. Delaney<br>Trial Date:   Not Set<br>Action Filed: August 5, 2021 |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to schedule a settlement conference and motion to opt out of the Post-Screening ADR Project is granted. The deadline to contact the Courtroom Deputy to schedule a settlement conference is extended to August 17, 2022, and the deadline to file a motion to opt out of the Post-Screening ADR Project is extended to September 19, 2022.

Dated: June 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2022301936 / 36219072.docx

1