IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JULIAN J. ALEXANDER,** <br><br> Plaintiff, <br><br> v. <br><br> **MUNGUIA, et al.,** | 2:21-cv-01390 KJM CKD <br><br> **ORDER** |

**GOOD CAUSE APPEARING,** Defendants' motion for administrative relief re-extension of time to respond to Plaintiff's Motion for Partial Summary Judgment is granted. The deadline for Defendants to file an opposition to Plaintiff's Motion for Partial Summary Judgment and any cross motion for summary judgment is extended to May 12, 2023.

Dated:  March 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2022301936
83845446.docx

1