IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MUNGUIA, et al.,<br><br>　　　　Defendants. | 2:21-cv-01390 KJM CKD<br><br>**ORDER**<br><br>Judge:　　The Honorable Carolyn K. Delaney<br>Trial Date:　Not Set<br>Action Filed:　August 5, 2021 |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a reply in support of their motion for summary judgment is granted. The deadline for Defendants to file a reply is extended to August 31, 2023. No further extensions of time shall be granted.

Dated: August 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

(PROPOSED) ORDER  (2:21-cv-01390 KJM CKD)